IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LIEUTENANT HOLSTICK, | ) | |
| # 230692, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10cv1050-TMH |
| | ) | (WO) |
| J.C. GILES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On December 13, 2010, this court entered an order directing the petitioner to **either** submit the $5.00 filing fee on or before December 29, 2010, **or** submit by that same date a prison account statement from the account clerk at the Ventress Correctional Facility verifying the balance in the petitioner's prison account at the time he filed his habeas petition. (Doc. No. 3 at p. 1.) The petitioner was specifically cautioned that his failure to comply with the court's December 13, 2010, order would result in a recommendation that this case be dismissed. (*Id.*).

The requisite time has passed, and the petitioner has failed to submit either the filing fee or a prison account statement from the account clerk at Ventress in compliance with this court's order. Consequently, this court concludes that dismissal of this case is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for the petitioner's failure to comply with the orders of this court. It is further

ORDERED that on or before February 25, 2011, the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.  Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 11th day of February, 2011.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE