IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LIEUTENANT HOLSTICK, #230692, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:10-cv-1050-TMH |
| ) | |
| ) | |
| J.C. GILES, WARDEN, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED and the petition for writ of habeas corpus is DISMISSED without prejudice due to Petitioner's failure to comply with the orders of this Court.

A separate judgment shall issue.

Done this 11th day of March, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE